IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12-CR-3022 |
| vs. | |
| ALEJANDRO GARCIA, | ORDER |
| Defendant. | |

The matter is before the Court on the plaintiff's motion for sentence reduction pursuant to Fed. R. Crim. P. 35(b). Filing 43. The plaintiff advises that the defendant's ongoing cooperation may warrant a sentence reduction, but that the full extent of that reduction cannot be determined until the defendant's cooperation is complete. The Court will therefore hold the plaintiff's motion in abeyance until the plaintiff advises the Court that the defendant's cooperation is complete and that a hearing can be set.

IT IS ORDERED:

1. The plaintiff's motion for sentence reduction (filing 43) is held in abeyance.

2. The plaintiff is directed to report to the Court every 6 months, beginning on May 23, 2014, whether the defendant's cooperation is ongoing or whether a Rule 35(b) hearing should be set.

3. The Clerk of the Court is directed to enter an initial status report deadline of May 23, 2014.

Dated this 25th day of November, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge